IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE: ) CASE NO. 06-40474
)
SAMUEL RICHARDSON )
MARY HELEN RICHARDSON ) JUDGE KAY WOODS
)
Debtor(s) ) DIVIDENDS LESS THAN $5.00
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $8.63.

The dividend relates to the following claimants:

Cleveland Electric
Illuminating Company
Bankruptcy Dept.
6896 Miller Road
Brecksville, OH 44141

$4.30

Ohio American Water
PO Box 578
Alton, IL 62002-0578

$0.07

eCast Settlement Corp.
Successor to Arrow Financial
Services LLC assignee of
Citibank
PO Box 35480
Newark, NJ 07193-5480

$3.82

Midwest Verizon Wireless
404 Brock Dr.
Bloomington, IL 61701

$0.44

**TOTAL:**                                                  $8.63

    2. My Trustee's check for $8.63 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: March 5, 2010                          /s/ Michael D. Buzulencia
                                                  MICHAEL D. BUZULENCIA
                                                  Chapter 7 Trustee
                                                  150 E. Market St.
                                                  Suite 300
                                                  Warren, OH 44481
                                                  (330) 392-8551
                                                  Fax no. : (330) 392-7030
                                                  buzulenciatrustee@mahoningvalleylaw.com
                                                  OHIO BAR REG. NO. 0015291

### CERTIFICATE OF SERVICE

    The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

                                                  /s/ Michael D. Buzulencia
                                                  MICHAEL D. BUZULENCIA
                                                  CHAPTER 7 TRUSTEE