IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE: ) CASE NO. 06-40474
)
SAMUEL RICHARDSON )
MARY RICHARDSON ) JUDGE KAY WOODS
)
)
Debtor(s) ) TRANSMITTAL OF UNCLAIMED
) FUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

1. Ninety days have passed since this check was issued. A stop payment has been issued on said check. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

    National City Bank
    PO Box 500 K-A16-2J
    Portage, MI 49081

    Total                        $17.34

2. My Trustee's check for $17.34 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE: 06/13/10                          /s/ Michael D. Buzulencia
                                                 MICHAEL D. BUZULENCIA
                                                 Chapter 7 Trustee
                                                 150 E. Market St.
                                                 Suite 300
                                                 Warren, OH 44481
                                                 (330) 392-8551
                                                 Fax no. : (330) 392-7030
                                                 buzulenciatrustee@mahoningvalleylaw.com
                                                 OHIO BAR REG. NO. 0015291

CERTIFICATE OF SERVICE

A copy of the foregoing Transmittal of Unclaimed funds was sent by electronic transmission on this __13TH__ day of __June__, 2010 to:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE